FILED

03/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0122

IN THE MATTER OF:

R.R.S. and A.D.S.,
         Youths in Need of Care

**ORDER**

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED, that Appellee is granted an extension of time to and including March 23, 2020, within which to prepare, serve, and file its response brief.

JMK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 5 2020